Form 3-1

| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 3 |

---

| U.S. Epoxy Resin Producers *Ad Hoc* Coalition | |
|---|---|
| Plaintiff, | SUMMONS |
| | Court No. 25-00148 |
| v. | |
| UNITED STATES, | |
| Defendant. | |

**TO:** The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. The U.S. Epoxy Resin Producers *Ad Hoc* Coalition (the "Coalition") consists of the two U.S. producers of the domestic like product. The two members of the Coalition are: (1) Olin Corporation ("Olin") and (2) Westlake Corporation ("Westlake"). These producers are interested parties within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(C) and the Coalition is an interested party within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(F). The Coalition participated as the Petitioner in the U.S. Department of Commerce's ("Commerce") countervailing duty investigation of epoxy resin from Taiwan and has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

    (Name and standing of plaintiff)

2. The Coalition contests certain aspects of Commerce's affirmative final determination in the countervailing duty investigation of epoxy resin from Taiwan. *See Certain Epoxy Resins From Taiwan: Amended Final Countervailing Duty Determination; Certain Epoxy Resins From the Republic of Korea and Taiwan: Countervailing Duty Orders*, 90 Fed. Reg. 22235 (Dep't Commerce May 27, 2025); *Certain Epoxy Resins From Taiwan: Final Affirmative Countervailing Duty Determination*, 90 Fed. Reg. 14618 (Apr. 3, 2025). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II) and 19 U.S.C. § 1516a(a)(2)(B)(i).

Form 3-2

(Brief description of contested determination)

3. <u>Commerce's final determination was signed on May 20, 2025.</u>

   (Date of determination)

4. <u>Commerce's final determination was published in the Federal Register on April 3, 2025. *Certain Epoxy Resins From Taiwan: Final Affirmative Countervailing Duty Determination*, 90 Fed. Reg. 14618 (Apr. 3, 2025). Commerce's amended final determination and countervailing duty order were published in the Federal Register on May 27, 2025. *Certain Epoxy Resins From Taiwan: Amended Final Countervailing Duty Determination; Certain Epoxy Resins From the Republic of Korea and Taiwan: Countervailing Duty Orders*, 90 Fed. Reg. 22235 (Dep't Commerce May 27, 2025).</u>

   (If applicable, date of publication in Federal Register of notice of contested determination)

Stephen J. Orava

KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-0500
sorava@kslaw.com

/s/ *Stephen J. Orava*
Signature of Plaintiff's Attorney

June 26, 2025
      Date

**SEE REVERSE SIDE**

Form 3-3

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)