UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 7A

U.S. Epoxy Resin Producers Ad Hoc Coalition

                              Plaintiff,

   v.

UNITED STATES

                              Defendant.

Court No. 25-00148

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 07/22/2025

/s/ Stephen J. Orava
Attorney for Plaintiff

King & Spalding LLP, 1700 Pennsylvania Avenue, NW
Street Address

Washington, DC 20006
City, State and Zip Code

(202) 737-0500
Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk